# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162286(17)(18)(20)(21)(22)(24)(25)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ANGELIC JOHNSON, and LINDA LEE
TARVER,
          Petitioners,

V

SC: 162286

SECRETARY OF STATE, CHAIRPERSON
OF THE BOARD OF STATE CANVASSERS,
BOARD OF STATE CANVASSERS, and
GOVERNOR,
          Respondents.
_____/

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorneys John Marshall Greenbaum, Ezra D. Rosenberg, and Kristen Clarke to appear and practice in this case under MCR 8.126(A) are GRANTED. On further order of the Chief Justice, the motion for immediate consideration and the motions of (1) the Center for Tech and Civic Life to file a brief amicus curiae, (2) the DNC Services Corp to file a response in opposition to the petition, and (3) the City of Detroit to file a response in opposition to the petition are GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2020



Clerk